

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2018

No. 04-18-00562-CV

**IN THE INTEREST OF T.B., G.H., AND E.W.,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00127
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Appellant E.O.'s motion for extension of time is GRANTED. We ORDER Appellant E.O. to file her brief on or before November 19, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court